IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED FINANCIAL CASUALTY COMPANY, a foreign automobile insurance company,<br><br>Plaintiff,<br><br>v.<br><br>DANIZ TRANSPORT LLC, a Washington limited liability corporation; and MARDALI ISHIKHOV, an individual person;<br><br>Defendants. | No. 3:21-cv-5050-RSM<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT** |

This matter having come before the Court on Plaintiff United Financial Casualty Company's ("UFCC") Motion for Entry of Default Judgment against Defendants Daniz Transport LLC and Mardali Ishikhov, and the Court having considered the Motion and all supporting documents hereby **GRANTS** the Motion for Entry of Default Judgment against Defendants Daniz Transport LLC and Mardali Ishikhov as follows:

With regard to the October 10, 2018 automobile accident that forms the basis of the instant action, Defendants Daniz Transport LLC and Mardali Ishikhov are not entitled to any coverage beyond what is provided in the Commercial Auto Policy no. 06426595-1 issued to Daniz Transport LLC with a policy period of June 30, 2018 through December 30, 2018 (the

"Policy"). This Policy has an Underinsured Motorist ("UIM") limit of $100,000. Specifically, UFCC has exhausted coverage to Defendants Daniz Transport LLC and Mardali Ishikhov and fully paid for all benefits under the Policy. This included payment of the $100,000 UIM bodily injury limit. Therefore, UFCC does not owe any further obligations to Mardali Ishikhov or Daniz Transport LLC under the Policy with regards to the October 20, 2018 automobile accident.

IT IS SO ORDERED this 17th day of May, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

LETHER LAW GROUP

*/s/ Thomas Lether*
Thomas Lether, WSBA No. 18089
1848 Westlake Ave N., Suite 100
Seattle, WA 98109
P: (206) 467-5444/F: (206) 467-5544
tlether@letherlaw.com
eneal@letherlaw.com
*Attorneys for United Financial Casualty Company*